UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



FEB - 4 2008

USDC SDNY

---

325 EAST 72ND STREET CORP., and
315 EAST 72ND STREET OWNERS
CORP.,

                Plaintiffs,

- against -

UNITED STATES DEPARTMENT OF
TRANSPORTATION, MARY E. PETERS,
in her capacity as Secretary of the United
States Department of Transportation, THE
FEDERAL TRANSIT ADMINISTRATION,
JAMES S. SIMPSON, in his capacity as
Administrator of the Federal Transit
Administration, THE METROPOLITAN
TRANSPORTATION AUTHORITY, H.
DALE HEMMERDINGER, in his capacity
as Chairman of the Metropolitan
Transportation Authority, THE NEW YORK
CITY TRANSIT AUTHROITY, HOWARD
H. ROBERTS, JR., in his capacity as the
President of the New York City Transit
Authority, THE METROPOLITAN
TRANSPORTATION AUTHORITY
CAPITAL CONSTRUCTION COMPANY,

                Defendants.

---

08 CIV. 1127

JUDGE LYNCH

ECF CASE

Index No.

**STATEMENT PURSUANT TO FEDERAL
RULE OF CIVIL PROCEDURE 7.1**

---

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for (a private non-governmental party)certifies that <u>315 East 72nd Street Owners Corporation</u> has <u>no</u> corporate parents, affiliates and/or subsidiaries.

NYDOCS1-884798.3

February 4, 2008

Attorneys for the Plaintiff:
315 East 72nd Street Owners Corporation

Respectfully Submitted,
ANDERSON KILL & OLICK, P.C.

By: _____
Jeffrey E. Glen (JG8277)
1251 Avenue of the Americas
New York, NY 10020
Telephone: 212-278-1000

NYDOCS1-884798.3