UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
: 
325 EAST 72ND STREET CORP.,
315 EAST 72ND STREET OWNERS CORP.,            :

                Plaintiffs,            :

   - against -                                                  :

UNITED STATES DEPARTMENT OF                        :
TRANSPORTATION, MARY E. PETERS, in
her capacity as Secretary of the United States        :
Department of Transportation, THE FEDERAL
TRANSIT ADMINISTRATION, JAMES S. SIMPSON,  :
in his capacity as Administrator of the Federal Transit
Administration, THE METROPOLITAN                  :
TRANSPORTATION AUTHORITY, H. DALE
HEMMERDINGER, in his capacity as Chairman of the  :
Metropolitan Transportation Authority, THE NEW
YORK CITY TRANSIT AUTHORITY, HOWARD H.     :
ROBERTS, JR., in his capacity as the President of the
New York City Transit Authority, THE METROPOLITAN:
TRANSPORTATION AUTHORITY CAPITAL
CONSTRUCTION COMPANY,                                :

                Defendants.          :

------------------------------------------------------------x

FILED
FEB - 4 2008
USDC SDNY

Civ.

STATEMENT PURSUANT
TO FEDERAL RULE OF
CIVIL PROCEDURE 7.1

**08 CIV. 1127**

JUDGE LYNCH

ECF CASE

     I, MICHAEL D. ZARIN, hereby certify and state:

     1.    I am an attorney at law of the State of New York, duly admitted to the Southern District of New York and a Partner with the firm of Zarin & Steinmetz, counsel for Plaintiff, 325 East 72nd Street, ("Plaintiff 325") in the above-captioned matter, and as such, I am fully familiar with the statements set forth herein.

     2.    I submit this Statement pursuant to Federal Rule of Civil Procedure 7.1.

3. Plaintiff 325 is not a subsidiary of a parent corporation, and all membership interests in 325 East 72nd Street Corp. are privately held.

Dated: February 4, 2008
       White Plains, New York

                                        Respectfully submitted,

                                        ZARIN & STEINMETZ

By: _____
                                      Michael D. Zarin (MDZ-6692)
                                      Attorneys for Plaintiff 325
                                      81 Main Street, Suite 415
                                      White Plains, New York 10601
                                      (914) 682-7800