UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

325 EAST 72ND STREET CORP., and
315 EAST 72ND STREET OWNERS CORP.,

       Plaintiffs,

- against -

UNITED STATES DEPARTMENT OF TRANSPORTATION, MARY E. PETERS, in her capacity as Secretary of the United States Department of Transportation, THE FEDERAL TRANSIT ADMINISTRATION, JAMES S. SIMPSON, in his capacity as Administrator of the Federal Transit Administration, THE METROPOLITAN TRANSPORTATION AUTHORITY, H. DALE HEMMERDINGER, in his capacity as Chairman of the Metropolitan Transportation Authority, THE NEW YORK CITY TRANSIT AUTHORITY, HOWARD H. ROBERTS, JR., in his capacity as the President of the New York City Transit Authority, and THE METROPOLITAN TRANSPORTATION AUTHORITY CAPITAL CONSTRUCTION COMPANY,

       Defendants.

Index No. 08 Civ. 1127

**NOTICE OF APPEARANCE**

---

PLEASE TAKE NOTICE that the undersigned hereby appears in the above-entitled action as counsel for plaintiff, and requests that copies of all papers in this action be served upon the undersigned at the address stated below.

Dated: February 7, 2008

       ANDERSON KILL & OLICK, P.C.

       _____
       Brittany Hart Schwartzwald (BS2898)
       Anderson Kill & Olick, P.C.
       1251 Avenue of the Americas
       New York, NY 10020
       Tel: (212) 278-1439
       Bschwartzwald@andersonkill.com

       Counsel for Plaintiff 315 East 72nd Street Owners Corp.

NYDOCS1-885203.2