**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
**DOC #:**
**DATE FILED:** 2/8/08

## ZARIN & STEINMETZ
ATTORNEYS AT LAW
81 MAIN STREET
SUITE 415
WHITE PLAINS, NEW YORK 10601

MEMO ENDORSED

DAVID S. STEINMETZ*
MICHAEL D. ZARIN
DANIEL M. RICHMOND

* ALSO ADMITTED IN D.C.
* ALSO ADMITTED IN CT.
△ ALSO ADMITTED IN N.J.

TELEPHONE: (914) 682-7800
FACSIMILE:  (914) 683-5490
WEBSITE: WWW.ZARIN-STEINMETZ.NET

February 6, 2008

DAVID J. COOPER
JODY T. CROSS *
JILLIAN K. MOONEY △
KEBRA A. RHEDRICK
BRAD K. SCHWARTZ

MARSHA RUBIN GOLDSTEIN
HELEN COLLIER MAUCH △
SUSAN H. SARCH *
LISA F. SMITH *
OF COUNSEL

**By Overnight Mail**

The Honorable Gerard E. Lynch
U.S. District Judge for the
  Southern District of New York
U.S. Courthouse
500 Pearl Street, Room 910
New York, NY  10007

Attn:  Jose E. Lopez, Courtroom Deputy Clerk

Re:  **325 East 72nd Street Corp., et al. v. United States**
       **Department of Transportation, et al.; 08 civ 1127**

Dear Judge Lynch:

We represent Plaintiff 325 East 72nd Street Corp. in the above-captioned ECF action.  The firm of Anderson Kill & Olick, P.C. represents Plaintiff 315 East 72nd Street Owners Corp.

This letter follows our firm's telephone conversation yesterday with your Honor's Courtroom Deputy Clerk.  Plaintiffs respectfully request permission to file the Complaint and accompanying Exhibits (A through Z) manually as these documents are voluminous.  We sent a pdf copy of the Complaint and Exhibits via e-mail to the Clerk of Court within 24 hours of obtaining the case number, as instructed.  We received a phone call shortly thereafter, however, asking that we request permission from your Honor to file manually.

Thank you in advance for your Honor's attention to this matter.  Please do not hesitate to contact us with any questions.

**SO ORDERED**

*Gerard E. Lynch*

GERARD E. LYNCH, U.S.D.J.

2/7/08

Hon. Gerard E. Lynch
February 6, 2008
Page 2

Respectfully submitted,

ZARIN & STEINMETZ

By: _____
Michael D. Zarin


ANDERSON KILL & OLICK, P.C.

By:    Jeffrey E. Glen /s/
       _____
       Jeffrey E. Glen