UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

325 EAST 72ND STREET CORP., and
315 EAST 72ND STREET OWNERS CORP.,

                          Plaintiffs,

    - against -

UNITED STATES DEPARTMENT OF
TRANSPORTATION, MARY E. PETERS, in
her capacity as Secretary of the United States
Department of Transportation, THE FEDERAL
TRANSIT ADMINISTRATION, JAMES S. SIMPSON,
in his capacity as Administrator of the Federal Transit
Administration, THE METROPOLITAN
TRANSPORTATION AUTHORITY, H. DALE
HEMMERDINGER, in his capacity as Chairman of the
Metropolitan Transportation Authority, THE NEW
YORK CITY TRANSIT AUTHORITY, HOWARD H.
ROBERTS, JR., in his capacity as the President of the
New York City Transit Authority, and THE
METROPOLITAN TRANSPORTATION AUTHORITY
CAPITAL CONSTRUCTION COMPANY,

                          Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

08 Civ. 1127

**ECF Case**

**CERTIFICATE OF SERVICE**

Judge Lynch

RECEIVED FEB 13 2008 USDC-WP-SDNY

STATE OF NEW YORK     )
                                 ) ss.:
COUNTY OF WESTCHESTER  )

       Being duly sworn, Allyson Crespo, hereby deposes and says as follows:

      1.    I am not a party to this action and am over 18 years of age;

      2.    On February 6, 2008 I served the Summons and Complaint, with Exhibits thereto, in the above-referenced matter, together with a copy of Judge Lynch's rules, and a copy of the Southern District of New York's 3rd Amended Instructions for Filing an Electronic Case or Appeal by mailing a copy via U.S. Certified Mail Return Receipt Requested addressed to the following persons at the last known addresses set forth below:

            United States Department of Transportation
            400 Seventh Street, SE
            Washington, D.C. 20590

Mary E. Peters, Secretary
United States Department of Transportation
400 Seventh Street, SE
Washington, D.C. 20590

Federal Transit Administration
1200 New Jersey Avenue, SE
Washington, D.C. 20590

James S. Simpson, Administrator
Federal Transit Administration
1200 New Jersey Avenue, SE
Washington, D.C. 20590

_____
Allyson Crespo

Sworn to before me this
6th day of February, 2008

_____
Notary Public

JODY TAMAR CROSS
NOTARY PUBLIC, STATE OF NEW YORK
NO. 02CR6078789
QUALIFIED IN PUTNAM COUNTY
COMMISSION EXPIRES AUGUST 5, 2010

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

325 EAST 72ND STREET CORP., and
315 EAST 72ND STREET OWNERS CORP.,

       Plaintiffs,

 - against -

UNITED STATES DEPARTMENT OF
TRANSPORTATION, MARY E. PETERS, in
her capacity as Secretary of the United States
Department of Transportation, THE FEDERAL
TRANSIT ADMINISTRATION, JAMES S. SIMPSON,
in his capacity as Administrator of the Federal Transit
Administration, THE METROPOLITAN
TRANSPORTATION AUTHORITY, H. DALE
HEMMERDINGER, in his capacity as Chairman of the
Metropolitan Transportation Authority, THE NEW
YORK CITY TRANSIT AUTHORITY, HOWARD H.
ROBERTS, JR., in his capacity as the President of the
New York City Transit Authority, and THE
METROPOLITAN TRANSPORTATION AUTHORITY
CAPITAL CONSTRUCTION COMPANY,

       Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

08 Civ. 1127

ECF Case

**CERTIFICATE OF SERVICE**

Judge Lynch

STATE OF NEW YORK   )
           ) ss.:
COUNTY OF WESTCHESTER )

  Being duly sworn, Andrew Keum, hereby deposes and says as follows:

  1.  I am not a party to this action and am over 18 years of age;

  2.  On February 6, 2008, I served four copies of the Summons and Complaint, together with Exhibits thereto, in the above-referenced matter, and a copy of Judge Lynch's rules, and a copy of the Southern District of New York's 3rd Amended Instructions for Filing an Electronic Case or Appeal by mailing said copies via U.S. Certified Mail Return Receipt Requested addressed to the following person at the last known address set forth below:

Michael B. Mukasey, U.S. Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, D.C. 20530

_____
Andrew Keum

Sworn to before me this
6th day of February, 2008

_____
Notary Public

DEBORAH NICHOLLS
NOTARY PUBLIC, STATE OF NEW YORK
NO. 01NI6102815
QUALIFIED IN BRONX COUNTY
COMMISSION EXPIRES 12/08/2011

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                                            :
325 EAST 72ND STREET CORP.,                                 :
315 EAST 72ND STREET OWNERS CORP.,                          :
                                                            :
                              Plaintiffs,                   :   08 Civ. 1127
                                                            :   Judge Lynch
       - against -                                          :
                                                            :   ECF Case
UNITED STATES DEPARTMENT OF                                 :
TRANSPORTATION, MARY E. PETERS, in                          :
her capacity as Secretary of the United States              :   CERTIFICATE OF SERVICE
Department of Transportation, THE FEDERAL                   :
TRANSIT ADMINISTRATION, JAMES S. SIMPSON,                   :
in his capacity as Administrator of the Federal Transit     :
Administration, THE METROPOLITAN                            :
TRANSPORTATION AUTHORITY, H. DALE                           :
HEMMERDINGER, in his capacity as Chairman of the            :
Metropolitan Transportation Authority, THE NEW              :
YORK CITY TRANSIT AUTHORITY, HOWARD H.                      :
ROBERTS, JR., in his capacity as the President of the       :
New York City Transit Authority, THE METROPOLITAN           :
TRANSPORTATION AUTHORITY CAPITAL                            :
CONSTRUCTION COMPANY,                                       :
                                                            :
                              Defendants.                   :
------------------------------------------------------------x

STATE OF NEW YORK          )
                           )  ss.:
COUNTY OF WESTCHESTER      )

       I hereby certify that I served four copies of the Complaint, with exhibits thereto, in the above-referenced matter, together with a copy of the Summonses, by hand delivery on the 4th day of February, 2008, on the U.S. Attorney's Office, Southern District of New York, 300 Quarropas Street, 3rd Floor, White Plains, New York 10601, on behalf of the following agencies and officers of the United States:

RECEIVED FEB 13 2008 USDC SDNY

          United States Department of Transportation

          Mary E. Peters, Secretary
          United States Department of Transportation

          Federal Transit Administration

          James S. Simpson, Administrator
          Federal Transit Administration

Dated: February 11, 2008
       White Plains, New York

_____
                          David J. Cooper

Sworn to before me this
11th day of February, 2008

_____
Notary Public

JODY TAMAR CROSS
Notary Public, State Of New York
No. 02CR6078789
Qualified In Putnam County
Commission Expires 6/5/10

2

# AFFIDAVIT OF SERVICE



Attorney: Anderson Kill & Olick, P.C., 1251 Avenue of Americas, New York NY, 10020, 2122781419
Court: UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT: COUNTY OF NEW YORK

Date Filed: 02/04/2008

Plaintiff/Petitioner: 325 EAST 72ND STREET CORP., AND 315 EAST 72ND STREET OWNERS CORP.,
Defendant/Respondent: THE METROPOLITAN TRANSPORTATION AUTHORITY CAPITAL CONSTRUCTION COMPANY, New York City Transit Authority

STATE OF NY : COUNTY OF KINGS  ss.:
I, Jamar McIntosh, being duly sworn according to law upon my oath, deposes and says, that deponent is not a party to this action, is over 18 years of age and resides in reside in NY State.

On Feb, 06 2008 at 11:35 AM, at 347 Madison Avenue, New York, NY, 10017, deponent served the SUMMONS IN A CIVIL ACTION AND COMPLAINT upon The Metropolitan Transportation Authority Capital Construction Company, Defendant herein known as Recipient.

Said service was effected in the following manner:

[ X ] CORPORATE: By delivering to and leaving a true copy of each with Ann Cutler, Paralegal, a person who is known to be the authorized agent of said corporation, and who is authorized by said corporation to receive said documents.

Deponent describes the individual served to the best of deponent's ability at the time and circumstances of service as follows:

| Sex | Color of skin | Color of hair | Age | Height | Weight |
|---|---|---|---|---|---|
| Female | White | Brown | 36 - 50 yrs | 5'4" - 5'8" | 131 - 160 lbs |

Other features:

I certify that the foregoing statements made by me are true, correct and my free act and deed. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

X _____
Sworn to before me on WED, Feb, 06 2008
Jamel Ali
Notary Public, State of NY
No. 01AL6001496, Qualified in Kings
Commission Expires February 27, 2010

X _____
Jamar McIntosh License No: 1172728

Attorney File#: 262008B



AFFIDAVIT OF SERVICE



Attorney: Anderson Kill & Olick, P.C., 1251 Avenue of Americas, New York NY, 10020, 2122781419
Court: UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT; COUNTY OF NEW YORK

| | |
|---|---|
| Plaintiff/Petitioner: | 325 EAST 72ND STREET CORP., AND 315 EAST 72ND STREET OWNERS CORP., |
| Defendant/Respondent: | THE METROPOLITAN TRANSPORTATION AUTHORITY, H. DALE HEMMERDINGER, in his capacity as Chairman of the Metropolitan Transportation Authority, |

STATE OF NY ; COUNTY OF KINGS   ss.:
I, Jamar McIntosh , being duly sworn according to law upon my oath, deposes and says, that deponent is not a party to this action, is over 18 years of age and resides in reside in NY State.

On Feb, 06 2008 at 11:35 AM , at 347 Madison Avenue , New York , NY , 10017 , deponent served the SUMMONS IN A CIVIL ACTION AND COMPLAINT upon H. DALE HEMMERDINGER, CHAIRMAN , Defendant herein known as Recipient.

Said service was effected in the following manner:

[ X ] CORPORATE: By delivering to and leaving a true copy of each with Ann Cutler, Paralegal, a person who is known to be the authorized agent of said corporation, and who is authorized by said corporation to receive said documents.

Deponent describes the individual served to the best of deponent's ability at the time and circumstances of service as follows:

| Sex | Color of skin | Color of hair | Age | Height | Weight |
|---|---|---|---|---|---|
| Female | White | Brown | 36 - 50 yrs | 5'4" - 5'8" | 131 - 160 lbs |
| Other features: | | | | | |

I certify that the foregoing statements made by me are true, correct and my free act and deed. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

X_____
Sworn to before me on WED, Feb, 06 2008
Jamel Ali
Notary Public, State of NY
No. 01AL6001496, Qualified in Kings
Commission Expires February 27, 2010

X_____
Jamar McIntosh License No: 1172728

Attorney File#: 262008



# AFFIDAVIT OF SERVICE



Attorney: Anderson Kill & Olick, P.C., 1251 Avenue of Americas, New York NY, 10020, 2122761419
Court: UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT: COUNTY OF NEW YORK

Index No: 08 CIV. 1127
Date Filed: 02/04/2008

Plaintiff/Petitioner: 325 EAST 72ND STREET CORP., AND 315 EAST 72ND STREET OWNERS CORP.,
Defendant/Respondent: NEW YORK CITY TRANSIT AUTHORITY

STATE OF NY : COUNTY OF KINGS  ss.:

I, Jamar McIntosh, being duly sworn according to law upon my oath, deposes and says, that deponent is not a party to this action, is over 18 years of age and resides in reside in NY State.

On Feb, 06 2008 at 12:41 PM, at 130 Livingston Avenue, Brooklyn, NY, 11201, deponent served the SUMMONS IN A CIVIL ACTION AND COMPLAINT upon New York City Transit Authority, Defendant herein known as Recipient.

Said service was effected in the following manner;

[ X ] CORPORATE: By delivering to and leaving a true copy of each with Angeline Irgram, AUTHORIZED PERSON, a person who is known to be the authorized agent of said corporation, and who is authorized by said corporation to receive said documents.

Deponent describes the individual served to the best of deponent's ability at the time and circumstances of service as follows:

| Sex | Color of skin | Color of hair | Age | Height | Weight |
|---|---|---|---|---|---|
| Female | Black | Black | 36 - 50 yrs | 5'4" - 5'8" | 161 - 200 lbs |
| Other features: | | | | | |

I certify that the foregoing statements made by me are true, correct and my free act and deed. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

X _____
Sworn to before me on WED, Feb, 06 2008
Jamel Ali
Notary Public, State of NY
No. 01AL6001496, Qualified in Kings
Commission Expires February 27, 2010

X _____
Jamar McIntosh License No: 1172728

Attorney File#: 262008E



# AFFIDAVIT OF SERVICE

**RECEIVED FEB 13 2008 USDC-WP-SDNY**

Attorney: Anderson Kill & Olick, P.C., 1251 Avenue of Americas, New York NY, 10020, 2122781419
Court: UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT: COUNTY OF NEW YORK
Date Filed: 02/04/2008

Plaintiff/Petitioner: 325 EAST 72ND STREET CORP., AND 315 EAST 72ND STREET OWNERS CORP.,
Defendant/Respondent: HOWARD H. ROBERTS, Jr., NEW YORK CITY TRANSIT AUTHORITY

STATE OF NY ; COUNTY OF KINGS  ss.:
I, Jamar McIntosh , being duly sworn according to law upon my oath, deposes and says, that deponent is not a party to this action, is over 18 years of age and resides in reside in NY State.

On Feb, 06 2008 at 12:41 PM , at 130 Livingston Avenue , Brooklyn , NY , 11201 , deponent served the SUMMONS IN A CIVIL ACTION AND COMPLAINT upon Howard H. Roberts, Jr., - New York City Transit Authority , Defendant herein known as Recipient.

Said service was effected in the following manner:

[ X ] CORPORATE: By delivering to and leaving a true copy of each with Angeline Irgram, AUTHORIZED PERSON, a person who is known to be the authorized agent of said corporation, and who is authorized by said corporation to receive said documents.

Deponent describes the individual served to the best of deponent's ability at the time and circumstances of service as follows:

| Sex | Color of skin | Color of hair | Age | Height | Weight |
|---|---|---|---|---|---|
| Female | Black | Black | 36 - 50 yrs | 5'4" - 5'8" | 161 - 200 lbs |

Other features: _____

I certify that the foregoing statements made by me are true, correct and my free act and deed. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

X _____
Sworn to before me on WED, Feb, 06 2008
Jamel Ali
Notary Public, State of NY
No. 01AL6001496, Qualified in Kings
Commission Expires February 27, 2010

X _____
Jamar McIntosh License No: 1172728

Attorney File#: 262008D



# AFFIDAVIT OF SERVICE

RECEIVED FEB 13 2008 USDC-WP-SDNY

Attorney: Anderson Kill & Olick, P.C., 1251 Avenue of Americas, New York NY, 10020, 2122781419
Court: UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT: COUNTY OF NEW YORK

Date Filed: 02/04/2008

Plaintiff/Petitioner: 325 EAST 72ND STREET CORP., AND 315 EAST 72ND STREET OWNERS CORP.,
Defendant/Respondent: THE METROPOLITAN TRANSPORTATION AUTHORITY,

STATE OF NY : COUNTY OF KINGS  ss.:

I, Jamar McIntosh, being duly sworn according to law upon my oath, deposes and says, that deponent is not a party to this action, is over 18 years of age and resides in reside in NY State.

On Feb, 06 2008 at 11:35 AM, at 347 Madison Avenue, New York, NY, 10017, deponent served the SUMMONS IN A CIVIL ACTION AND COMPLAINT upon Metropolitan Transportation Authority, Defendant herein known as Recipient.

Said service was effected in the following manner:

[ X ] CORPORATE: By delivering to and leaving a true copy of each with Ann Cutler, Paralegal, a person who is known to be the authorized agent of said corporation, and who is authorized by said corporation to receive said documents.

Deponent describes the individual served to the best of deponent's ability at the time and circumstances of service as follows:

| Sex | Color of skin | Color of hair | Age | Height | Weight |
|---|---|---|---|---|---|
| Female | White | Brown | 36 - 50 yrs | 5'4" - 5'8" | 131 - 160 lbs |

Other features: _____

I certify that the foregoing statements made by me are true, correct and my free act and deed. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

X _____
Sworn to before me on WED, Feb, 06 2008
Jamel Ali
Notary Public, State of NY
No. 01AL6001496, Qualified in Kings
Commission Expires February 27, 2010

X _____
Jamar McIntosh License No: 1172728

Attorney File#: 262008B