UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x

325 EAST 72ND STREET CORP., and :
315 EAST 72ND STREET OWNERS CORP.,
                                                         Plaintiffs, :

- against -
                                                         : 08 Civ. 1127

UNITED STATES DEPARTMENT OF
TRANSPORTATION, MARY E. PETERS, in : **ECF Case**
her capacity as Secretary of the United States
Department of Transportation, THE FEDERAL : **CERTIFICATE OF**
TRANSIT ADMINISTRATION, JAMES S. SIMPSON, **SERVICE**
in his capacity as Administrator of the Federal Transit :
Administration, THE METROPOLITAN
TRANSPORTATION AUTHORITY, H. DALE : Judge Lynch
HEMMERDINGER, in his capacity as Chairman of the
Metropolitan Transportation Authority, THE NEW :
YORK CITY TRANSIT AUTHORITY, HOWARD H.
ROBERTS, JR., in his capacity as the President of the :
New York City Transit Authority, and THE
METROPOLITAN TRANSPORTATION AUTHORITY :
CAPITAL CONSTRUCTION COMPANY,
                                                         :

                                         Defendants. :
-------------------------------------------------------------- x

STATE OF NEW YORK    )
                                 )  ss.:
COUNTY OF WESTCHESTER  )

        Being duly sworn, Allyson Crespo, hereby deposes and says as follows:

        1.    I am not a party to this action and am over 18 years of age;

        2.    On February 20, 2008 I served the Summons and Complaint, with Exhibits thereto, in the above-referenced matter, together with a copy of Judge Lynch's rules, and a copy of the Southern District of New York's 3rd Amended Instructions for Filing an Electronic Case or Appeal by mailing a copy via U.S. Certified Mail Return Receipt Requested addressed to the following persons at the last known addresses set forth below:

United States Department of Transportation
c/o Paul M. Geier, Esq.
Assistant General Counsel for Litigation
1200 New Jersey Avenue, SE
Washington, D.C. 20590

_____
Allyson Crespo

Sworn to before me this
20th day of February, 2008

_____
Notary Public

JODY TAMAR CROSS
NOTARY PUBLIC, STATE OF NEW YORK
NO. 02CR6078789
QUALIFIED IN PUTNAM COUNTY
COMMISSION EXPIRES AUGUST 5, 2010