

Philip E. Karmel
Direct: 212-541-2311
Fax: 212-541-1413
pekarmel@bryancave.com

April 2, 2008

VIA HAND DELIVERY

Honorable Gerard E. Lynch
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

Re: 325 East 72nd Street Corp., et al v. United States Department of Transportation, et al., 08 Civ. 1127 (GEL)

Your Honor:

My law firm represents defendant Metropolitan Transportation Authority and the other non-federal defendants (collectively, the "MTA Defendants") in this action. The plaintiffs have consented to adjourn the date for the MTA Defendants to answer or make a motion with respect to their complaint until May 5, 2008, so as to be co-incident with the date of the federal defendants to file their responsive pleading or motion. The MTA Defendants respectfully request that the Court approve this adjournment.

Respectfully submitted,

Philip E. Karmel

cc: all counsel (via email and U.S. mail)

Bryan Cave LLP
1290 Avenue of the Americas
New York, NY 10104-3300
Tel (212) 541-2000
Fax (212) 541-4630
www.bryancave.com

Chicago
Hong Kong
Irvine
Jefferson City
Kansas City
Kuwait
Los Angeles
New York
Phoenix
Shanghai
St. Louis
Washington, DC

And Bryan Cave,
A Multinational Partnership,
London

SO ORDERED

GERARD E. LYNCH, U.S.D.J.
4/3/08