


U.S. Department of Justice

United States Attorney
Southern District of New York

86 Chambers Street – 3rd Floor
New York, New York 10007

April 1, 2008

BY HAND
Honorable Gerard E. Lynch
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

Re:   325 East 72nd Street Corp. et ano v. United States Department of Transportation et al., 08 Civ. 1127 (GEL)

Dear Judge Lynch:

This Office represents the Federal agency defendants, Mary E. Peters, and James S. Simpson (the "Federal defendants") in the above-referenced action relating to the Second Avenue subway project. I write respectfully to request a thirty-day extension of the time within which the Federal defendants must answer or make a motion with respect to the complaint, i.e., from April 4 to May 5, 2008. The extension is necessary because I am awaiting receipt of additional information pertaining to the allegations in the complaint and because of the press of business. This is the Federal defendants' first request for an extension of that deadline. Plaintiffs' counsel and the non-Federal defendants consent to this request.

Thank you for your consideration.

Respectfully,

MICHAEL J. GARCIA
United States Attorney

By: _____
JOSEPH A. PANTOJA
Assistant United States Attorney
Tel: (212) 637-2785
Fax: (212) 637-2750

*SO ORDERED
_____
GERARD E. LYNCH, U.S.D.J.
4/3/08

cc:   Brittany Hart Schwartzwald, Esq., counsel for both plaintiffs (by FedEx)
      Michael D. Zarin, Esq., counsel for plaintiff 325 East 72nd St. Corp. (by FedEx)
      Jeffrey E. Glenn, Esq., counsel for plaintiff 315 East 72nd St. Owners Corp. (by FedEx)
      Philip E. Karmel, Esq., counsel for all non-Federal defendants (by fasimile)