# ZARIN & STEINMETZ
ATTORNEYS AT LAW
81 MAIN STREET
SUITE 415
WHITE PLAINS, NEW YORK 10601

TELEPHONE: (914) 682-7800
FACSIMILE: (914) 683-5490
WEBSITE: WWW.ZARIN-STEINMETZ.NET

DAVID S. STEINMETZ*
MICHAEL D. ZARIN
DANIEL M. RICHMOND

* ALSO ADMITTED IN D.C.
° ALSO ADMITTED IN CT.
△ ALSO ADMITTED IN N.J.

MEREDITH BLACK°
DAVID J. COOPER
JODY T. CROSS °
KEBRA A. RHEDRICK
BRAD K. SCHWARTZ

MARSHA RUBIN GOLDSTEIN
HELEN COLLIER MAUCH △
SUSAN H. SARCH *
LISA F. SMITH °

OF COUNSEL

April 30, 2008



**By Overnight Mail**
Honorable Gerald E. Lynch
United States District Court Judge
United States Court House
500 Pearl Street, Room 910
New York, New York 10007

Re:    325 East 72nd Street Corp., et al. v. US Department of Transportation et al.
       **08 Civ. 1127 (GEL)**

Your Honor:

This firm, along with Anderson, Kill and Olick, represent the Plaintiffs in the above-referenced action. We are writing to inform the Court that all parties to the action have conferred, and have consented to adjourn the date for the Defendants to answer to or make a motion with respect to our Complaint for another thirty (30) days, from May 5, 2008, to June 5, 2008. This date was initially adjourned on consent and so-ordered by the Court from April 4, 2008. The parties make this second request for an adjournment in order to continue their on-going discussions relating to reaching a resolution of the matter.

**SO ORDERED**

_____
GERARD E. LYNCH, U.S.D.J.
5/1/08

Respectfully submitted,

_____
Michael D. Zarin

cc:    Philip E. Karmel, Esq., counsel for the MTA Defendants
       Joseph A. Pantoja, Esq., counsel for the Federal Defendants
       Anthony P. Semancik, Esq., MTA General Counsel
       Jeffrey E. Glen, Esq., co-counsel for the Plaintiffs