# ZARIN & STEINMETZ
ATTORNEYS AT LAW
81 MAIN STREET
SUITE 415
WHITE PLAINS, NEW YORK 10601

TELEPHONE: (914) 682-7800
FACSIMILE: (914) 683-5490
WEBSITE: WWW.ZARIN-STEINMETZ.NET

DAVID S. STEINMETZ*
MICHAEL D. ZARIN
DANIEL M. RICHMOND

* ALSO ADMITTED IN D.C.
* ALSO ADMITTED IN CT.
△ ALSO ADMITTED IN N.J.

JODY T. CROSS°
KEBRA A. RHEDRICK
BRAD K. SCHWARTZ

MARSHA RUBIN GOLDSTEIN
HELEN COLLIER MAUCH △
SUSAN H. SARCH*
LISA F. SMITH °
OF COUNSEL

July 3, 2008

**By Overnight Mail**
Honorable Gerald E. Lynch
United States District Court Judge
United States Court House
500 Pearl Street, Room 910
New York, New York 10007

**MEMO ENDORSED**

Re:  325 East 72nd Street Corp., et al. v.
     US Department of Transportation et al.  08 Civ. 1127 (GEL)

Your Honor:

This firm, along with Anderson, Kill and Olick, represent the Plaintiffs in the above-referenced action. We are writing to inform the Court that all parties to the action have conferred, and have consented to adjourn the date for the Defendants to answer to or make a motion with respect to our Complaint for another thirty (30) days, from July 7, 2008, to August 7, 2008. This date was initially adjourned on consent and so-ordered by the Court from April 4, 2008, and a second time from May 5, 2008. The Court granted a further adjournment from June 5, 2008 until July 7, 2008.

Since the suit commenced, the parties have met on several occasions to discuss a possible resolution to the matter, and wish to make this further request for an adjournment in order to continue their on-going dialogue.

]*   The request is granted.

Respectfully submitted,

Michael D. Zarin

SO ORDERED.

LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE
PART I

cc:  Philip E. Karmel, Esq., counsel for the MTA Defendants
     Joseph A. Pantoja, Esq., counsel for the Federal Defendants
     Anthony P. Semancik, Esq., MTA General Counsel
     Jeffrey E. Glen, Esq., co-counsel for the Plaintiffs

MICROFILMED JUL 1 0 2008 -9 00 AM