# ZARIN & STEINMETZ

ATTORNEYS AT LAW
81 MAIN STREET
SUITE 415
WHITE PLAINS, NEW YORK 10601


DATE FILED: 8/6/08

TELEPHONE: (914) 682-7800
FACSIMILE: (914) 683-5490
WEBSITE: WWW.ZARIN-STEINMETZ.NET

DAVID S. STEINMETZ*
MICHAEL D. ZARIN
DANIEL M. RICHMOND

* ALSO ADMITTED IN D.C.
• ALSO ADMITTED IN CT.
△ ALSO ADMITTED IN N.J.

MEREDITH BLACK °
DAVID J. COOPER
JODY T. CROSS °
KEBRA A. RHEDRICK
BRAD K. SCHWARTZ

MARSHA RUBIN GOLDSTEIN
HELEN COLLIER MAUCH △
SUSAN H. SARCH *
LISA F. SMITH °
OF COUNSEL

August 1, 2008

**By Overnight Mail**

Honorable Gerald E. Lynch
United States District Court Judge
United States Court House
500 Pearl Street, Room 910
New York, New York 10007

RECEIVED AUG 4 2008
CHAMBERS OF GERARD E. LYNCH U.S.D.J.

Re:   325 East 72nd Street Corp., et al. v.
      US Department of Transportation et al.  08 Civ. 1127 (GEL)

Your Honor:

This firm, along with Anderson, Kill and Olick, represent the Plaintiffs in the above-referenced action. The parties in the above action continue their discussions regarding possible resolutions of this matter. The Plaintiffs believe that they will be in a position within the next two weeks to present the Court with a finalized plan for moving forward.

The parties have conferred, and have consented to adjourn the date for the Defendants to answer to or make a motion with respect to our Complaint for thirty days, from August 7, 2008, to September 8, 2008. We make this request for an adjournment to provide us the opportunity to confer with our clients when they return from various vacations in the middle of August.

Respectfully submitted,

David J. Cooper

*Granted. There will be no further extension.*

SO ORDERED
GERARD E. LYNCH, U.S.D.J.
8/6/08

cc:   Philip E. Karmel, Esq., counsel for the MTA Defendants
      Joseph A. Pantoja, Esq., counsel for the Federal Defendants
      Anthony P. Semancik, Esq., MTA General Counsel
      Jeffrey E. Glen, Esq., co-counsel for the Plaintiffs