UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

325 EAST 72ND STREET CORP.,
315 EAST 72ND STREET OWNERS CORP.,

                               Plaintiffs,    :        **08 Civ. 1127**
                                                                   **(GEL)**

  - against -                                          :        **ECF Case**

UNITED STATES DEPARTMENT OF                :
TRANSPORTATION, MARY E. PETERS, in
her capacity as Secretary of the United States      :        <u>NOTICE OF DISMISSAL</u>
Department of Transportation, THE FEDERAL
TRANSIT ADMINISTRATION, JAMES S. SIMPSON,  :
in his capacity as Administrator of the Federal Transit
Administration, THE METROPOLITAN               :
TRANSPORTATION AUTHORITY, H. DALE
HEMMERDINGER, in his capacity as Chairman of the  :
Metropolitan Transportation Authority, THE NEW
YORK CITY TRANSIT AUTHORITY, HOWARD H.    :
ROBERTS, JR., in his capacity as the President of the
New York City Transit Authority, THE METROPOLITAN:
TRANSPORTATION AUTHORITY CAPITAL
CONSTRUCTION COMPANY,                           :

                              Defendants.    :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

        Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiffs hereby voluntarily withdraw and dismiss the above-captioned action. Said withdrawal is without prejudice pursuant to Rule 41(a)(1)(B) of the Federal Rules of Civil Procedure.

Dated: August 19, 2008
      White Plains, New York

ZARIN & STEINMETZ

By: *[signature]*
Michael D. Zarin
Counsel for Plaintiff 325 East 72nd Street Corp.
81 Main Street, Suite 415
White Plains, New York 10601
(914) 682-7800

ANDERSON KILL & OLICK, P.C.

By: *[signature]*
Brittany H. Schwartzwald
Counsel for Plaintiff 315 East 72nd Street Owners Corp.
1251 Avenue of the Americas
New York, New York 10020
(212) 278-1000

SO ORDERED
*[signature]*
GERARD E. LYNCH, U.S.D.J.
9/2/08